United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIRST AMERICAN TITLE COMPANY,

    Plaintiff,

v.

ANUPAMA PATHAK,

    Defendant.
                                       /

No. C 13-03947 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Bhardwaj v. Pathak, et al.*, Case No. 13-3807 SI.

**IT IS SO ORDERED.**

Dated: November 6, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE